| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF ILLINOIS | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ☐ Chapter 11 <br> ☐ Chapter 12 <br> ■ Chapter 13      ☐ Check if this an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/15

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Donna** <br> First name <br><br> **Joann** <br> Middle name <br><br> **Abbott** <br> Last name and Suffix (Sr., Jr., II, III) | _____ <br> First name <br><br> _____ <br> Middle name <br><br> _____ <br> Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** <br> Include your married or maiden names. | Donna Abbott <br> Donna J. Abbott | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8670 | |

Debtor 1  **Donna Joann Abbott** _____  Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **8808 South Keeler**<br>**Hometown, IL 60456-1131**<br>Number, Street, City, State & ZIP Code<br><br>**Cook**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☐ Chapter 11
☐ Chapter 12
■ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☐ No.
■ Yes.

| District | **Northern District of Illinois (Chicago)** | When | **6/08/16** | Case number | **16-18978** |
| District | **Northern District of Illinois (Chicago)** | When | **9/10/15** | Case number | **15-30947** |
| District | **Northern District of Illinois (Chicago)** | When | **12/09/11** | Case number | **11-49543** |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

■ No.  Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.
☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1 **Donna Joann Abbott**   Case number *(if known)*

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

■ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.
What is the hazard?   _____

If immediate attention is needed, why is it needed?   _____

Where is the property?   _____
Number, Street, City, State & Zip Code

Debtor 1 **Donna Joann Abbott** _____ Case number *(if known)* _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **15. Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of**:<br><br>☐ **Incapacity.**<br>I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.**<br>My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.**<br>I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  **Donna Joann Abbott** _____  Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts
_____

**17. Are you filing under Chapter 7?**

■ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
■ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| **Part 7:** | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Donna Joann Abbott**
_____
**Donna Joann Abbott**
Signature of Debtor 1

_____
Signature of Debtor 2

Executed on  **December 2, 2016**
MM / DD / YYYY

Executed on  _____
MM / DD / YYYY

Debtor 1  **Donna Joann Abbott**  Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ J. Kevin Benjamin ARDC #:**  Date  **December 2, 2016**
Signature of Attorney for Debtor  MM / DD / YYYY

**J. Kevin Benjamin ARDC #:**
Printed name

**Benjamin | Brand | LLP**
Firm name

**1016 W. Jackson Boulevard**
**Chicago, IL 60607-2914**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 853-3100**  Email address  **attorneys@benjaminlaw.com**

**6202321**
Bar number & State

# United States Bankruptcy Court
## Northern District of Illinois

In re: **Donna Joann Abbott**, Debtor(s)

Case No.
Chapter **13**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **88**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **December 2, 2016**

**/s/ Donna Joann Abbott**
**Donna Joann Abbott**
Signature of Debtor

.

1stprogress/1stequity/
P.o. Box 84010
Columbus, GA 31908


American Credit Bureau, Inc.
Attn: Bankruptcy Department
2755 S. Federal Highway
Boynton Beach, FL 33435


Avenue/WFNNB
Attention: Bankrtupcty Department
POB 659584
San Antonio, TX 78265-9584


Avenue/WFNNB
c/o Asset Acceptance LLC
POB 2036
Warren, MI 48090


Blatt Hasenmiller Leibsker & Moore
125 S. Wacker Drive
Suite 400
Chicago, IL 60606


BMG Music
Attention: Bankrupty Department
POB 91160
Indianapolis, IN 46291


BMG Music
c/o Torres Credit Service
27 Fairview Street, Suite 301
Carlisle, PA 17015


Capital One Bank
C/o Blitt & Gaines, PC
661 Glenn Avenue
Wheeling, IL 60090


Capital One Bank
Bankruptcy Department
1680 Capital One Drive
Mc Lean, VA 22102

Capital One Bank (USA), N.A.
by American Infosource LP as agent
POB 71083
Charlotte, NC 28272-1083


Chase
Bankruptcy Department
10790 Rancho Bernardo Road
San Diego, CA 92127


Clerk of the Circuit Court
Chancery Doc # 90-CH-00284
50 W. Washington Street, Room 802
Chicago, IL 60602


Clerk of the Circuit Court
Muncipal Divison Doc # 09-M1-170700
50 W. Washington Street, Room 1001
Chicago, IL 60602


Clerk of the Circuit Court
Muncipal Divison Doc #10-M1-103297
50 W. Washington Street, Room 1001
Chicago, IL 60602


Codilis & Associates, P.C.
15W030 North Frontage Road
Suite 100
Burr Ridge, IL 60527


Collectibles Today Network
c/o National Recovery Agency
2491 Paxton Street
Harrisburg, PA 17111


Collectibles Today Network
Bankruptcy Department
9333 N. Milwaukee Avenue
Niles, IL 60714


Comenity Bank
PO Box 182789
Columbus, OH 43218

Comenity Bank/Avenue
PO Box 182789
Columbus, OH 43218


Comenity Bank/Cathrins
PO Box 182789
Columbus, OH 43218


Corporate America Family Credit Uni
111 E. Upper Wacker Drive
LL018
Chicago, IL 60601


Corporate America FCU
Attention: Bankruptcy Department
2075 Big Timber Road
Elgin, IL 60123


Credit One Bank
POB 98873
Las Vegas, NV 89193


Credit Union 1
Attn:Bankruptcy/Member Services
200 E Champaign Ave
Rantoul, IL 61866


Deutsche Bank National Trust
Bankrtuptcy Department
200 S. Tyrone Street
Charlotte, NC 28202-3214


Diverse Funding Associates
352 Sonwil Drive
Buffalo, NY 14225


Dr. Robert Bonaminio
c/o ATG Credit, LLC
POB 14895
Chicago, IL 60614


EOS CCA
Attention: Bankrtupcy Department
700 Longwater Drive
Norwell, MA 02061

```
Equable Ascent Financial, LLC
c/o Recovery Management Systems Cor
25 SE Avenue, Suite 1120
Miami, FL 33131-1605


Experian
Attn: Bankruptcy Department
POB 740241
Atlanta, GA 30374


Experian
Attention:  Bankruptcy Department
POB 2002
Allen, TX 75013


First Premier ank
Bankruptcy Department
POB 5524
Sioux Falls, SD 57117


First Premier Bank
3820 N. Louise Ave
Sioux Falls, SD 57107-0145


First Premier Bank
Attn: Bankruptcy Department
601 S. Minnesota Avenue
Sioux Falls, SD 57104


GEMB/JCP
POB 965007
Orlando, FL 32896


Geraci Law, LLC
55 E. Monroe Street
Suite 3400
Chicago, IL 60603


Granite Reovery LLC
c/o Revovery Management Systems Cor
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605


HSBC Bank
POB 9
Buffalo, NY 14240-0009
```

```
HSBC Card Services
Bankruptcy Department
POB 17051
Baltimore, MD 21297


HSBC Card Services/GM Card
POB 5253
Carol Stream, IL 60197


ICS/Illinois Collection Service
Po Box 1010
Tinley Park, IL 60477


ICS/Illinois Collection Service
8231 185th St Ste 100
Tinley Park, IL 60487


Illinois Department of Revenue
Bankruptcy Section
POB 64338
Chicago, IL 60664-0338


Illinois State Toll Highway Authori
c/o NCO Financial Systems
600 Holiday Plaza, Suite 300
Matteson, IL 60443


Illinois State Toll Highway Authori
c/o NCO Financial Systems
600 Holiday Plaza, Suite 300
Downers Grove, IL 60515


Illinois Student Assistance Commiss
1755 Lake Cook Road
POB 707
Deerfield, IL 60015


Illinois Tollway
Attn:  Bob Lane Legal Department
2700 Ogden Ave
Downers Grove, IL 60515-1703


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Internal Revenue Service
Centralized Insolvency Operation
POB 7317
Philadelphia, PA 19101-7317


Jefferson Capital Systems, LLC
PO Box 7999
Saint Cloud, MN 56302-9617


Jonathan C. Cahill
c/o Aldridge Pite LLP
4375 Justland Drive, #200,POB 17933
San Diego, CA 92177-0933


Joseph Wrobel, Ltd.
19564 First Street
#206
Highland Park, IL 60035


JP Morgan Chase Bank, NA
c/o Pierce & Associates, PC.
1 N. Dearborn Street, Suite 1300
Chicago, IL 60602


Judicial Sales Corporation
One South Wacker Drive
24th Floor
Chicago, IL 60606-4654


Khoi Dang-Vu
Law Offices of Khoi Dang-Vu
2002 W. Cermak Road
Chicago, IL 60608


LVNV Funding, LLC
c/o Resurgent Capital Services
POB 10587
Greenville, SC 29603-0587


LVNV Funding, LLC
PO Box 3038
Evansville, IN 47730
```

M.C.O.A
City of Hometown
3348 Ridge Road
Lansing, IL 60438


Meier Clinics
c/o American Credit Bureau
1200 N. Federal Hwy, Suite 200
Boca Raton, FL 33432


Midland Credit Management
agent for Midland Funding, LLC
POB 2011
Warren, MI 48090


Midland Funding, LLC
by American InfoSource LP as agent
POB 4457
Houston, TX 77210-4457


Midwest Anesthesia Ltd.
c/o Medical Business Bureau, Inc.
1460 Renaissance Drive
Park Ridge, IL 60068


MRSI
Attn:  Bankruptcy Department
2250 E. Devon Avenue, Suite 352
Des Plaines, IL 60018


Nationwide Credit & Collection
Attention: Bankruptcy Department
9919 W. Roosevelt Road
Westchester, IL 60154


Nationwide Credit Solutions
Bankruptcy Department
POB 15779
Oklahoma City, OK 73155


Nordstrom FSB
POB 13589
Scottsdale, AZ 85267

```
Nordstrom FSB
Attention:  Bankruptcy Department
PO Box 6555
Englewood, CO 80155


Ocwen Loan Servicing LLC
Attn: Research Dept
1661 Worthintong Rd Ste 100
West Palm Beach, FL 33409


Ocwen Loan Servicing, LLC
12650 Ingenuity Drive
Orlando, FL 32826


Ocwen Loan Servicing, LLC
POB 660264
Dallas, TX 75266-0264


Pierce & Associates
Attention: Bankruptcy Department
1 N.  Dearborn Street,  ▯▯Suite 1300
Chicago, IL 60602


Portfolio Recovery
120 Corp. Blvd
Suite 1
Norfolk, VA 23502


Portfolio Recovery Associates
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541


Premier Bankcard/Charter
POB 2208
Vacaville, CA 95696


Sallie Mae
Attn: Navient
Po Box 9500
Wilkes-Barr, PA 18873


Sallie Mae
11100 Usa Pkwy
Fishers, IN 46037
```

```
Sallie Mae
POB 9500
Wilkes Barre, PA 18773-9500


Sheriff of Cook County
50 W. Washington
7th Floor
Chicago, IL 60602


SLM Education Credit Fin
C/o ISAC
1755 Lake Cook Road
Deerfield, IL 60015


State Collection Service
Attention:  Bankrtuptcy Department
2509 S. Stoughton Road, POB 6250
Madison, WI 53716


Target National Bank
AttentionL Bankruptcy Department
POB 673
Minneapolis, MN 55440


Target National Bank
c/o Weinstein & Riley, PS
2001 Western Avenue, Suite 400
Seattle, WA 98121


Transunion
Attn: Bankruptcy Department
POB 1000
Crum Lynne, PA 19022


Trunkett & Trunkett PC
20 N. Wacker Drive
Suite 1434
Chicago, IL 60606


U.S Department of Education
POB 16448
Saint Paul, MN 55116-0448
```

```
US Department of Ed/FISL/CH
Attn: Bankruptcy Department
POB 8422
Chicago, IL 60605


US Department of Education
POB 65128
Saint Paul, MN 55165


Vonnie Abbott
8806 S. Keeler Avenue
Hometown, IL 60456
```